**Mary C. DENAULT,
Petitioner-Respondent,**

v.

**Edward F. DENAULT,
Respondent-Appellant.**

**No. WD 32797.**

Missouri Court of Appeals,
Western District.

July 20, 1982.

Thomas E. Hankins, Kansas City, for respondent-appellant.

Michael E. Reardon, Douglass F. Noland, Kansas City, for petitioner-respondent.

Before NUGENT, P. J., and TURNAGE and LOWENSTEIN, JJ.

PER CURIAM.

ORDER

Appeal from award of maintenance in a dissolution of marriage. The judgment is affirmed. Rule 84.16(b).